# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **JUAN MIGUEL SANCHEZ MORENO,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | No. 3:26-CV-01343-LS |
| | § | |
| **WARDEN, EL PASO PROCESSING** | § | |
| **CENTER,** | § | |
| | § | |
| *Respondent.* | § | |

## <u>ORDER FOR SERVICE</u>

Petitioner Juan Miguel Sanchez Moreno seeks a writ of habeas corpus under 28 U.S.C. § 2241.[1] The petition raises issues which require Respondents to show cause why the Court should not grant the relief Petitioner seeks.[2] Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Respondents shall show cause by **<u>May 19, 2026</u>** why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.[3]

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 12, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.
[3] The Court extends the deadline for the government to review its records. 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed.").