# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

**JUAN MIGUEL SANCHEZ MORENO,**

***Petitioner*,**

**v.** **No. 3:26-CV-01343-LS**

**WARDEN, EL PASO PROCESSING CENTER; EL PASO PROCESSING CENTER; AND UNITED STATES OF AMERICA,**

***Respondents*.**

## ORDER DISMISSING CASE

Respondents have notified the court that Petitioner was removed from the United States on or about June 23, 2026.[1] Petitioner filed a petition for a writ of habeas corpus regarding his detention by Immigration and Customs Enforcement.[2] Because Petitioner is no longer detained by Respondent, his petition is moot.[3] The Court therefore **DENIES** Petitioner's writ of habeas corpus and all pending motions, and **DISMISSES** this case as moot.

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 17, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 9.

[2] ECF No. 1.

[3] *See Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) (stating that a habeas petition becomes moot when the habeas relief requested can no longer be effected); *Chafin v. Chafin*, 568 U.S. 165, 172 (2013) ("[A] case 'becomes moot only when it is impossible for a court to grant any effectual relief whatever to the prevailing party.'" (citation omitted)).